# EXHIBIT A

**From:** Kyle Garrett
**Sent:** Thursday, February 9, 2023 12:11 PM
**To:** Wayne Davis
**Subject:** RE: TDS Telecom Engineering RFP in Tri-County IN Fiber Deeper PON Design

Wayne,
What day(s) are you looking at? I think we meet, yourself, myself, and Lee. Then we go to the office to announce the change and introduce you to everyone. The rummers around town have already begun. So, the sooner the better, I think. I'm excited and at the same time scared to death.

**Kyle Garrett**
President
Rocky Mountain West Telecom (RMWT)
Telecom Engineering Services
435.623.4252 (office)
801.319.1337 (mobile)
kgarrett@rmwt.com

This communication is the property of RMWT and may contain confidential or privileged information. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the communication and any attachments.

**From:** Wayne Davis <Wayne.Davis@fullcirclefiberpartners.com>
**Sent:** Thursday, February 9, 2023 11:46 AM
**To:** Kyle Garrett <kgarrett@rmwt.com>
**Subject:** Re: TDS Telecom Engineering RFP in Tri-County IN Fiber Deeper PON Design

Kyle,

Sorry for the slow response. I had a ton of emails come in when this did and it got lost in the shuffle.

I don't know if it is necessary to share with Kevin to get pricing, I would just go ahead independently as you normally would.

As far as the earnout concerns that you have, the best way to approach the matter is through the APA. I appreciate that you trust me and Tom, but it's best for you to get guidance from your attorneys with language that addresses your concerns in the agreement. At the end of the day, the earnout is going to be tied to delivering your projections. The way we have structured the transaction with a front-end payment and an earnout is based on RMWT historical and your projections. Let's get through the APA and incorporate the EBITDA definition which should help some of your and Lee's concerns. After we get through that we can discuss where things stand. I'm sure we can be flexible to get you comfortable if concerns still exist.

Bottom line is that I want you to feel good about the deal, the same as we do. This is more than just a transaction. We still have on the calendar a trip out to meet with you and Lee next week and I think that is an important next step right behind the APA.

Wayne

**Wayne H. Davis**

CEO



📞 303 642 5446

🔗 www.fullcirclefiberpartners.com

📍 345 Inverness Drive South
Building A, Suite 100
Englewood, CO. 80112

---

**From:** Kyle Garrett <kgarrett@rmwt.com>
**Sent:** Wednesday, February 8, 2023 4:40 AM
**To:** Wayne Davis <Wayne.Davis@fullcirclefiberpartners.com>
**Subject:** FW: TDS Telecom Engineering RFP in Tri-County IN Fiber Deeper PON Design

Wayne,
Another opportunity. I'm not sure if you want me to pass on to Kevin to get his pricing. Then do a stare and compare with ours. I think we are really close to a deal.

One thing that I'm having issues with is the earn out. I need to have a better guarantee on getting me to the 9M. That is what I originally wanted. Now true we didn't hit our numbers last year. But your buying 25 years of a company. There should be some blue sky in there somewhere. Or maybe a payment plan. I know a little late to bring this up, but I have to. It is keeping me up or waking me up at 4:30 am.

Please understand where I'm coming from. It is all good talking and discussion how it should work. But I just can't go on how it should work. I do trust you and Tom. But it may not be you and Tom that will do the figures. We all have bosses. I hope that you understand where I'm coming from. What if I hit by a train tomorrow. Then I feel like I have done my family an injustice.

**Kyle Garrett**
President
Rocky Mountain West Telecom (RMWT)
Telecom Engineering Services
435.623.4252 (office)
801.319.1337 (mobile)
kgarrett@rmwt.com

*This communication is the property of RMWT and may contain confidential or privileged information. If you have received this communication in error, please immediately notify the sender by reply e-mail and destroy all copies of the communication and any attachments.*

**From:** Kelley, Dan <Dan.Kelley@tdstelecom.com>
**Sent:** Monday, February 6, 2023 4:03 PM
**Subject:** TDS Telecom Engineering RFP in Tri-County IN Fiber Deeper PON Design

Hello,

TDS Telecom is doing an engineering request for proposal for multiple cities in the Tri-County Indiana market. This includes Linden, In and Romney, In.

I set up a SharePoint site so you can review the key information that I will give you access to.

If you have any questions just let me know.

Thank you,

Dan

**Dan Kelley**

TDS Telecom- Category Manager

608-664-4877