# **EXHIBIT** D

| | |
|---|---|
| **From:** | Kyle Garrett |
| **Sent:** | Tuesday, July 25, 2023 5:31 PM |
| **To:** | Angie Stearns |
| **Cc:** | Nick Pexton; Kyler Lunt |
| **Subject:** | people |

Angie,
Like we talked earlier before Jeff jumped on. I have heard through a good source that there are people shopping opportunities at the shop down the street. I told this Guy not to go no where until you arrive in Nephi and talk to everyone next week. One of the biggest concerns that I gathered is when we announced the buyout, that a certain 3 people had strongly suggested that there would more than likely raises. Well, you know employee's, they have taken that to heart. Again, passing on the word of what I heard. I think the reassurance of we are working on it will go along ways.

We have so much work a head of us as well as additional work we can get with existing clients that we need to keep the people we have plus add to the head count. Nothing you don't know.

It was also brought up the Beehive may be getting a little agitated with us not producing people. I'm not sure other than this Guy said that we need to take better care of Beehive before that company down the street gets them.

I want to keep everyone in the loop. As you all know my earnout depends on the success of RMWT and its people. But its not all about that. It's my word that I gave our clients and my former employees. Please understand that I'm not trying to be an ass here. Thank you everyone.

Thanks,

**Kyle Garrett**

Advisor



801-319-1337 cell

[www.rmwt.com](www.rmwt.com)

Nephi, UT 84648

1