# EXHIBIT P

---------- Forwarded message ---------
From: **Kyle Garrett** <kyle.garrett.rmwt@gmail.com>
Date: Fri, Sep 27, 2024 at 7:13 AM
Subject: Re: Accounts
To: Chris May <Chris.May@fullcirclefiberpartners.com>
Cc: Lance Allen <Lance.Allen@fullcirclefiberpartners.com>, Wayne Davis <Wayne.Davis@fullcirclefiberpartners.com>, Donald Ray <Donald.Ray@fullcirclefiberpartners.com>

Chris,

On September 18th, I emailed you regarding the fact that I was aware that RMWT, LLC/Full Circle had been using my signature stamp on RMWT checks. I requested that you provide confirmation by September 23rd that RMWT had stopped using my name or signature stamp on behalf of RMWT, and that my name had been removed from all checking accounts associated with RMWT. **You did not respond to my request.**

I am writing again to request that you provide a response to my September 18th email as soon as possible, and confirm that RMWT is not using my signature stamp and that I have been removed from all RMWT accounts. This is a completely reasonable request, and I ask that you provide me with the basic courtesy of a response.

Thanks,

On Wed, Sep 18, 2024 at 1:39 PM Chris May <Chris.May@fullcirclefiberpartners.com> wrote:
> Please send me your proof. I do not believe this is happening, but we will check on our side.
>
> Lance is our CFO an should be copied going forward.
>
> Chris May
>
> 303-358-2161
>
> From: **Kyle Garrett** <kyle.garrett.rmwt@gmail.com>
> Date: Wednesday, September 18, 2024 at 1:05 PM

**To:** Chris May <Chris.May@fullcirclefiberpartners.com>
**Cc:** Wayne Davis <Wayne.Davis@fullcirclefiberpartners.com>, Donald Ray <Donald.Ray@fullcirclefiberpartners.com>
**Subject:** Accounts

Chris,

It has recently been brought to my attention that RMWT, LLC/Full Circle has been using my signature stamp and name on RMWT checks. I am writing to request that you (1) immediately stop using my name or signature stamp on behalf of RMWT, LLC or Full Circle; and (2) remove my name from all checking accounts still associated with RMWT, Inc. Please provide me with confirmation and proof that you have done both of these things by no later than next Monday, September 23rd. If you need any assistance from me to remove my name from RMWT, Inc.'s checking accounts, please let me know.

Sincerely,

Kyle Garrett